**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6202**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEPHON CLIFFORD BRYANT, a/k/a Stephen Clifford Bryant, a/k/a Moe,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:14-cr-00060-MFU-1)

Submitted:  May 27, 2021                    Decided:  June 14, 2021

Before WILKINSON, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephon Clifford Bryant, Appellant Pro Se.  Krista Consiglio Frith, Assistant United States Attorney, Rachel Barish Swartz, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephon Clifford Bryant appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. We review a district court's denial of a motion for compassionate release for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Bryant*, No. 7:14-cr-00060-MFU-1 (W.D. Va. filed Dec. 17, 2020; entered Dec. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
